# MINTZ LEVIN

Esteban Morales | 310 226 7841 | emorales@mintz.com

Century Plaza Towers
2029 Century Park East
Suite 1370
Los Angeles, CA 90067
310-586-3200
310-586-3202 fax
www.mintz.com

June 5, 2017

<u>Via ECF</u>

Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East Brooklyn
New York 11201
Chambers: Room S905
Courtroom: N6G

Re: <u>Katz v. Metropolitan Transportation Authority</u>, No. 1:17-cv-00472-KAM-RLM (filed January 31, 2017)

Dear Judge Matsumoto:

Pursuant to Section IV.C.1(c) of this Court's Chambers Practices and in support of its Motion to Dismiss, Defendant Metropolitan Transportation Authority ("MTA") submits this letter confirming that the following documents are being filed as its Motion to Dismiss package:

- Notice of Defendant Metropolitan Transportation Authority's Motion to Dismiss;[1]
- Memorandum of Law in Support of Defendant Metropolitan Transportation Authority's Motion to Dismiss;
- Request for Judicial Notice in Support of Defendant Metropolitan Transportation Authority's Motion to Dismiss;
- Declaration of Esteban Morales in Support of Request for Judicial Notice and Exhibit 1; and
- Reply Memorandum of Law in Further Support of Defendant Metropolitan Transportation Authority's Motion to Dismiss

In accordance with this Court's March 16, 2017 Order and Section IV.C.1 of this Court's Chambers Practices, the MTA served its Notice of Motion, Memorandum of Law, Request for Judicial Notice and accompanying Declaration of Esteban Morales on Plaintiff on April 14, 2017, and its Reply brief on June 5, 2017.

Pursuant to Section IV.E. of this Court's Chambers Practices, the MTA respectfully requests oral argument before Your Honor regarding the MTA's Motion to Dismiss. Due to a pre-planned vacation, if the Court determines that oral argument shall be heard, the MTA respectfully requests that oral argument not be scheduled between June 30th and July 12th.

---

[1] In accordance with Section IV.C.1(c) of the Court's Chambers Practices, the MTA amended the caption of its Notice of Motion to clarify that the return date will be set by the Court. This correction has been communicated to opposing counsel.

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

BOSTON | LONDON | LOS ANGELES | NEW YORK | SAN DIEGO | SAN FRANCISCO | STAMFORD | WASHINGTON

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

June 5, 2017
Page 2

                      Respectfully Submitted,

                      Joshua Briones (admitted pro hac)
                      Esteban Morales (admitted pro hac)
                      Kara Cormier
                      Todd Rosenbaum

69408414v.1