FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JAN 02 2018 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------
YAAKOV KATZ,

                Plaintiff,                JUDGMENT
                                         17-CV-472 (KAM)

- against –

METROPOLITAN TRANSPORTATION AUTHORITY,

                Defendant.
--------------------------------------------------------X

        A Memorandum and Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on December 29, 2017, dismissing the Complaint pursuant to Rule 12(b)(1) without leave to amend and without prejudice; and directing the Clerk of Court to enter judgment dismissing plaintiff's claims without prejudice; it is

        ORDERED and ADJUDGED that the Complaint is dismissed pursuant to Rule 12(b)(1) without leave to amend and without prejudice; and that plaintiff's claims are dismissed without prejudice.

Dated: Brooklyn, NY                                Douglas C. Palmer
       January 2, 2018                             Clerk of Court

                                                  By:   */s/Jalitza Poveda*
                                                            Deputy Clerk